# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT HILL, GREGORY HALL, WAGESECURE, LLC, and ONE PARTICULAR HARBOR, LLC,<br><br>        Plaintiffs,<br>v.<br><br>URI AARON BLACKMAN a/k/a AARON BLACKMAN, and VENTURE QUEST CAPITAL PARTNERS, LLC A/K/A VENTURE QUEST PARTNERS, LLC,<br><br>        Defendants. | Civil Action No.: 2:17-cv-04154-CMR<br><br>Judge Cynthia Rufe<br><br>Electronically Filed |

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter, the above entitled action, including cross-claims, be, and the same hereby is, discontinued with prejudice as against all defendants, without costs to any party as against the other.

21

This stipulation may be executed in counterparts and may be filed without further notice with the Clerk of the Court.

Dated: Philadelphia, Pennsylvania
November 30, 2017

ZARWIN, BAUM, DeVITO, KAPLAN
SCHAER & TODDY, P.C.

*/s/ Any Twardowski*

Anthony R. Twardowski, Esq.
*Attorneys for Plaintiffs*
1818 Markey Street, 13th Floor
Philadelphia, Pennsylvania 19103
Phone: 215.569.2800
atwardowski@zarwin.com


BOIES SCHILLER FLEXNER LLP

*/s/ Jason Cyrulnik*

Jason C. Cyrulnik, Esq.
*Attorneys for Defendants*
333 Main Street
Armonk, New York 10504
Telephone: 914.749.8200
jcyrulnik@bsfllp.com

## CERTIFICATE OF SERVICE

I, BRENDAN G. LAMANNA, ESQUIRE, hereby certify that a true and correct copy of the within Stipulation of Discontinuance with Prejudice was served upon the below-listed counsel electronically via the electronic filing system of the United States District Court for the Eastern District of Pennsylvania:

> Patrick Hromisin, Esquire
> Saul Ewing, LLP
> Centre Square West
> 1500 Market Street
> 38th Floor
> Philadelphia, PA 19102-2186

> Jason C. Cyrulnik, Esquire
> Boies Schiller Flexner LLP
> 333 Main Street
> Armonk, NY 10504

> ZARWIN BAUM DeVITO KAPLAN
> SCHAER & TODDY, P.C.

> */s/ Brendan G. Lamanna*
> BRENDAN G. LAMANNA, ESQUIRE
> Attorney for Plaintiffs

Date: 12.1.17