# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT HILL,** *et al*. : | |
| Plaintiffs, : | |
| : | |
| v. : | **CIVIL ACTION NO. 17-4154** |
| : | |
| **URI AARON BLACKMAN,** *et al*. : | |
| Defendants. : | |

## ORDER

**AND NOW,** this 4th day of December 2017, upon consideration of the parties' stipulation of discontinuance [Doc. No. 17], it is hereby **ORDERED** that the stipulation is **APPROVED**. The pending motions [Doc. Nos. 4 and 8] are **DISMISSED AS MOOT**, the case is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**